UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REGIS VORVA,

    Plaintiff,

v.                                                Case No. 1:20-cv-939
                                                    Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## JUDGMENT

In accordance with the Order filed this date, Judgment is entered in favor of plaintiff, Regis Vorva, and against defendant.

**IT IS SO ORDERED**.

Dated: May 24, 2023                             /s/ Ray Kent
                                                  RAY KENT
                                                  United States Magistrate Judge